O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7184 AHM (MANx) | Date | December 10, 2010 |
|---|---|---|---|
| Title | JOAN HOYMAN, et al. v. AURORA LOAN SERVICES LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On September 1, 2010, Plaintiffs filed a complaint in Los Angeles County Superior Court. On September 27, 2010, defendant Aurora Loan Services LLC ("Aurora") removed the case to this Court. On October 5, 2010, Aurora filed a motion to dismiss the case for failure to state a claim.

With the motion to dismiss pending, Plaintiffs sought leave to file a first amended complaint. The Court granted Plaintiffs leave to file a first amended complaint by not later than November 15, 2010. Plaintiffs did not file a first amended complaint by the deadline. Instead, on November 16, 2010, Plaintiffs filed an application for an extension of time to file a first amended complaint. The Court granted Plaintiffs an extension of time and ordered Plaintiffs to file the complaint by not later than December 6, 2010. Plaintiffs again have failed to file a first amended complaint by the ordered deadline. Accordingly, the Court DISMISSES the action with prejudice.

The Clerk is directed to close the file.

**JS-6**

|  | : |
|---|---|
| Initials of Preparer | SMO |